IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GERALD BERTAGNOLLI,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EAST BAY KIA, INC., et al.,** )<br>)<br>Defendants. ) | Case No. 1:08-cv-679-C |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Gerald Bertagnolli and defendant East Bay Kia, Inc. jointly stipulate to the dismissal of all claims with prejudice, with each party to bear its own costs. This stipulation encompasses all claims against all defendants, including Smart Automotive Group, LLC and Hancock Bank, Inc.

                                                        s/ James D. Patterson
                                                        James D. Patterson (PATJ6485)
                                                        Attorney for Plaintiff
                                                         Gerald Bertagnolli

OF COUNSEL:

UNDERWOOD & RIEMER, P.C.
P.O. Box 969
Fairhope, Alabama  36533-0969
Tel. (251) 990-5558
Fax (251) 990-0626
E-mail: epunderwood@alalaw.com

1

                                      **s/ James H. Pike (by consent)**
                                      James H. Pike (PIKEJ5168)
                                      Attorney for Defendant
                                      East Bay Kia, Inc.

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax. (334) 677-0030
E-mail: jpike@scplaw.us.

2