### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| GERALD BERTAGNOLLI, | : |
| Plaintiff, | : |
| vs. | :   CA 08-0679-C |
| EAST BAY KIA, INC., et al., | : |
| Defendants. | |

### ORDER

This cause is before the Court on the parties' joint stipulation of dismissal (Doc. 20). Pursuant to that stipulation, all claims asserted and all parties are **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and each party is to bear his/its own costs. This action is now **CONCLUDED**.

**DONE and ORDERED** this the 10th day of March, 2011.

s/ WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**